# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-140

_____

KENNETH HODGES,

Appellant,

v.

PIPE RITE FIRE SPRINKLERS,

Appellee.

_____

On appeal from the Division of Administrative Hearings.
Jack A. Weiss, Judge of Compensation Claims.

January 4, 2018

PER CURIAM.

AFFIRMED.

WOLF, ROWE, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly A. Hill, Kimberly A. Hill, P.L., Fort Lauderdale, for
Appellant.

Michael E. McCabe and David H. Roos, Henderson, Franklin, Starnes & Holt, P.A., Fort Meyers, for Appellee.